November 1, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

WOODS MFI, LLC AND JOHN S. WOODS, Appellants

NO. 14-15-00655-CV             V.

PLAINSCAPITAL BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, PlainsCapital Bank, signed May 6, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, PlainsCapital Bank.

We further order this decision certified below for observance.